## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VANDENBERG & SONS FURNITURE, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>STEVEN M. KATCHEN and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No.: 1:12-cv-01021-GJQ<br><br>Hon. Gordon J. Quist<br><br>Mag. Hugh W. Brenneman, Jr.<br><br>**CLASS ACTION** |

### AGREED INJUNCTION ORDER

This cause coming be heard by agreement, the Court being advised that the parties have agreed to the relief requested herein,

Defendant, STEVEN M. KATCHEN, is enjoined, restrained and prohibited from sending any facsimile advertisements without prior express permission or invitation and without the appropriate opt out language required by 47 C.F.R. 64.1200.

Plaintiff's allegations and claims against Defendant, STEVEN M. KATCHEN, are dismissed with prejudice, costs to be borne by each of the parties. The putative class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 8, 2013       /s/ Gordon J. Quist
                  Hon. Gordon J. Quist
                  United States District Judge